UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-8453-GW-MARx | Date | May 12, 2026 |
|---|---|---|---|
| Title | *Nemr Khoury v. Golden Coast Finance, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

None Present

Attorneys Present for Defendants:

None Present

**PROCEEDINGS :    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On May 12, 2026, Plaintiff Nemr Khoury filed a Notice of Settlement [38]. The Court vacates all currently set deadlines and/or dates, with the expectation that a dismissal will be filed within 45 days. The Court sets an order to show re: settlement hearing for June 25, 2026 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on June 24, 2026.

|  |  : |
|---|---|
| Initials of Preparer | JG |